## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF                )
PERRY LEE WHATLEY               )
                                )   **NO. 05 CA 11881 PBS**
                                )

I, James M. O'Sullivan, ask this Honorable Court to enter my appearance as attorney for Southwest Boston Senior Services, Inc., also known as ETHOS, in the above-captioned matter.

Respectfully submitted,

September 19, 2005
DATE

James M. O'Sullivan
BBO #380807
O'Sullivan & Associates, P.C.
17 Accord Park Drive, Suite 104
Norwell, MA 02061-1629
781-982-1700