## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF            )
PERRY LEE WHATLEY          )
                            )        **NO. 05 CA 11881 PBS**
                            )

### MOTION TO REMAND MATTER TO
### PROBATE & FAMILY COURT FOR SUFFOLK COUNTY

Southwest Boston Senior Services, Inc., also known as ETHOS, asks this Honorable Court to remand this matter to the Probate Court. In support of this motion it states that:

1. Plaintiff's counsel has engaged in an expensive strategy of forum shopping,
2. has artificially created diversity jurisdiction in order to have this Court hear this matter,
3. this matter has now been touched by 7 different courts and 11 different lawyers
4. Mr. Whatley's assets are being needlessly depleted by Mrs. Whatley's legal maneuvering;
5. Mrs. Whatley seems to be doing everything she can to avoid the jurisdiction of the Texas Courts;
6. this matter is inherently a probate matter; and
7. this matter should be heard by the Texas Probate Court where it belongs.

Respectfully submitted,

September 19, 2005
DATE

James M. O'Sullivan
BBO #380807
O'Sullivan & Associates, P.C.
17 Accord Park Drive, Suite 104
Norwell, MA 02061-1629
781-982-1700