United States District Court
District of Massachusetts

|  |  |
|---|---|
| IN THE MATTER OF<br><br>PERRY LEE WHATLEY | ) <br> ) <br> ) Civil Action No.<br> ) 05-CA-11881-PBS<br> ) <br> ) REMOVED FROM THE<br> ) MASSACHUSETTS TRIAL<br> ) COURT DOCKET NO. 05-P-2003<br> ) |

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

GORTON, J.

This Court hereby **ORDERS** that Perry Lee Whatley shall remain in the Commonwealth of Massachusetts and within the jurisdiction of this Federal District Court until further order.

This matter is scheduled for a hearing on Wednesday, September 21, 2005 at 3:30 p.m. before the Honorable Patti B. Saris in Courtroom 19 of the John J. Moakley United States Courthouse, Boston, Massachusetts.

This Order was allowed at a hearing on September 19, 2005 at 3:00 p.m.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: September 19, 2005