IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF )
PERRY LEE WHATLEY )
) **NO. 05 CA 11881 PBS**
)

## MOTION TO STRIKE COUNTERCLAIM
## FOR FAILURE TO STATE A CLAIM UPON WHICH
## RELIEF CAN BE GRANTED

Southwest Boston Senior Services, Inc., also known as ETHOS, asks this Honorable Court to strike the counterclaim filed in this matter pursuant to rule 12 (b)(6) of the rules of civil procedure for failure to state a claim upon which relief can be granted. In support of this motion it states that:

1. the counterclaim seeks relief for alleged civil rights violations, but does not state which civil rights of Mr. Whatley are being raised, and in what way the Massachusetts proceeding is impinging upon those rights,
2. the counterclaim seems to raise the issue that perhaps Mr. Whatley's right to marry is being hindered, but nothing in the Massachusetts proceeding addresses his purported marriage in any way,
3. the counterclaim also implies that the Massachusetts proceeding is interfering with his access to medical care, but it is clear from all affidavits that Mr. Whatley is currently receiving no medical care in Massachusetts.

Respectfully submitted,

September 21, 2005
DATE

James M. O'Sullivan
BBO #380807
O'Sullivan & Associates, P.C.
17 Accord Park Drive, Suite 104
Norwell, MA 02061-1629
781-982-1700