IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF )
PERRY LEE WHATLEY )
) NO. 05 CA 11881 PBS
)
)

F I L E D
In Open Court
USDC, Mass.
Date 9-21-c
By _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, James M. O'Sullivan, do hereby certify under the pains and penalties of perjury that I served Daniel Shea, Esquire, on September 20. 2005, via fax to 713-942-7507, the following documents:

1. Draft affidavit of Ray Black
2. Draft affidavit of George Rodriguez

I, James M. O'Sullivan, do hereby further certify under the pains and penalties of perjury that I served Daniel Shea, Esquire, on September 21. 2005, in hand, the following documents:

3. Affidavit of Ray Black with supporting documents
4. Affidavit of George Rodriguez ~~with supporting document~~s
5. Motion to Strike Counterclaim
6. Motion to Remand

> Respectfully submitted,
> ETHOS
> By its attorney:
>
> James M. O'Sullivan
> BBO #380807
> O'SULLIVAN & ASSOCIATES, PC
> 17 Accord Park Drive, Suite 104
> Norwell, MA 02061
> 781-982-1700

September 21, 2005