IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | § | NO.05-CA-11881 (PBS) |
| | § | |
| THE MATTER OF | § | REMOVED FROM THE |
| | § | MASSACHUSETTS TRIAL |
| PERRY LEE WHATLEY | § | COURT DOCKET NO. 05-P-200 |

**ORDER EXTENDING ORDER OF SEPTEMBER 19, 2005
AND SETTING A HEARING ON A PRELIMINARY INJUNCTION
AND HEARING ON THE MERITS OF THE PROBATE PETITION**

On September 21, 2005 at 3:30 p.m, after hearing the arguments of counsel, the Court ru as follows:

The September 19, 2005 Order of Judge Gorton entered in this case is HEREBY ORDER to continue in force and effect until a hearing on the merits of SWBSSI's state court probate Petiti That hearing is HEREBY SET for September 27, 2005 at 2:00 p.m. and arises out of the Orde the state court in Docket No. 05-P-2003 entered on September 14, 2005.

The Order of the state court entered on September 16, 2005 is HEREBY VACATED as v ab-initio since a Notice of Removal had been filed in this Court on September 16, 2005.

The hearing on Dawn Johnson Whatley's Application for a Preliminary Injunction is a HEREBY SET for September 27, 2005 at 2:00 p.m.

The Court HEREBY DECLINES to freeze the assets of the Whatleys.

Signed this 21st Day of September, at Boston, Massachusetts, at 4:55 O' Clock P

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM
AND SUBSTANCE:

-1-