IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | § | NO.05-CA-11881 (PBS) |
| | § | |
| THE MATTER OF | § | REMOVED FROM THE |
| | § | MASSACHUSETTS TRIAL |
| PERRY LEE WHATLEY | § | COURT DOCKET NO. 05-P-20( |

## MOTION TO STRIKE AFFIDAVITS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. Perry Lee and Dawn Johnson Whately move to strike the "affidavits" proffere   y SWBSSI and its Counsel as being multi-party, three-tiered hearsay, replete with false statem   s made by Ray J. Black Jr., a purported *ad litem* attorney.

2. At the Preliminary Injunction hearing, Counsel will present certified copies of T   s records impeaching the so called affidavits and exposing the false statements of Ray J. Blacl   ., as calculated to mislead this Court. The so called affidavits, whether prepared by Black himse   ɪr SWBSSI, are an affront to the dignity of this Court and the duty to refrain from offering   e testimony.

3. Counsel serves notice pursuant to FED. R. CIV. P. 11 that if this filing is not ʋ   ɩ- drawn within 21 days to comply with Rule 11's safe harbor provision, Counsel will file a motio   ɪr Rule 11 sanctions against the signer of the pleading, as well as a motion seeking to have the aff   t, Ray J. Black Jr., held in contempt of this Court for making and subscribing to false statements ir   s Court in violation of 18 U.S.C. § 1621, and 28 U.S.C. § 1746.

4. The conduct of SWBSSI and its counsel now rises to a level of reprehensibilit   y submission of false sworn statements to this Court to undermine the application at bar. The so-c   d affidavits recite that "A" told "B" who in turn told "C" who later told "D" that "E" said this or   t.

-1-

These are not appropriate for use by this Court to determine the narrow issue at hand today

should be stricken since no one can defend against perjury if it cannot be cross examined

exposed. However, the Court can see how easy it will be to prove that SWBSSI, Black, and

Texas parties were in on this ruse together from day they filed it in the Massachusetts State C    t

and encouraged the State Judge to proceed despite the prohibitions of 28 U.S.C. § 1446 (d), lea

the State Court to state that she was ignoring the First Circuit, as well as this Court.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PERRY LEE WHATLEY, | DAWN JOHNSON WHATLEY, |
| By: /s/ Susan Norman / D.S. *express permission* | By: /s/ Daniel Shea |
| SUSAN B. NORMAN | DANIEL J. SHEA |
| Texas Bar No. 15083020 | Mass. B.B.O. # 652896 |
| LAW OFFICE OF SUSAN B. NORMAN | DANIEL J. SHEA, P.C. |
| 9135 Katy Fwy., Suite 100 | 1928 West Bell Street |
| Houston, TX 77024 | Houston, TX 77019-4814 |
| (713) 465-3344 | (713) 942-7500 |
| (713) 468-6243 Telecopier | (713) 942-7507 Telecopier |
| *PRO HAC VICE* (PENDING) |  |

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing *Motion to Strike Affidavits* has been ser
pursuant to FED R. CIV. P. 5 on the 21st day of September 2005 to the individuals and in the man
indicated below:

Mr. James M. O'Sullivan                                          Hand Delivery
O'SULLIVAN & ASSOCIATES, P.C.
17 Accord Park Drive, Suite 104
Norwell, MA 02061
ATTORNEY FOR SOUTHWEST
BOSTON SENIOR SERVICES, INC.

/s/ Daniel Shea
_____
DANIEL J. SHEA