AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

FILED IN CLERK'S OFFICE
2005 SEP 27 P 12: 25
U.S. DISTRICT COURT
DISTRICT OF M...

IN RE:
THE MATTER OF
PERRY LEE WHATLEY

APPEARANCE

Case Number: _05-CA-11881 PBS_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _DAWN JOHNSON WHATLEY, INDIVIDUALLY, AND AS ATTORNEY-IN-FACT FOR PERRY LEE WHATLEY._

I certify that I am admitted to practice in this court.

_SEP 27, 2005_
Date

_[signature]_
Signature

_DANIEL J. SHEA_   _652896_
Print Name   Bar Number

_1928 W. BELL ST._
Address

_HOUSTON_   _TX_   _77019-4814_
City   State   Zip Code

MOBILE: 832-647-3602

_713 942-7500_   _713 942-7507_
Phone Number   Fax Number

_DJS7500@AOL.COM_