IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | § | NO.05-CA-11881-PBS |
| | § | |
| | § | REMOVED FROM |
| THE MATTER OF | § | MASSACHUSETTS TRIAL |
| | § | COURT DOCKET NO. 05-P-2003; |
| | § | HARRIS COUNTY, TEXAS |
| PERRY LEE WHATLEY | § | DOCKET NO. 355,095 |

### NOTICE OF CHANGE OF CITIZENSHIP

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant PERRY LEE WHATLEY, joined by Defendant DAWN JOHNSON WHATLEY, hereby notify the Court and Plaintiff/Counter-Defendant SWBSSI that on September 29, 2005, they have changed their domicile and citizenship from the State of Texas to the Commonwealth of Massachusetts.[1] On even date, the Whatleys removed cause No. 355,095 from the Probate Court No.2 of Harris County, Texas to the United States District Court for the District of Massachusetts.

*(signature page follows)*

---

[1] *See Bank One v. Montle*, 964 F.2d 48 (1st Cir. 1992). Contrary to SWBSSI's position, the 1st Circuit has made clear that to be entitled to full faith and credit a state Court Order must be a *final judgment,* and the judgment must be made by a Court with subject matter jurisdiction. *See Thomas v. Contoocook Valley School District and School Administrative Unit No. 1,* 150 F.3d 31, (1st Circ,1998), *see also Hyde Park Partners v. Connolly*, 839 F.2d 837 (1st Cir. 1988), once case was removed to federal court, any order entered by state Court was wholly void and entitled to no recognition. *Sweeny v. RTC* 16 F.3d 1 (1st Cir. 1994)

-2-

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PERRY LEE WHATLEY, | DAWN JOHNSON WHATLEY, |
| By: *w/express permission* /s/ Susan B. Norman/ds/ | By: /s/ Daniel J. Shea/ |
| SUSAN B. NORMAN | DANIEL J. SHEA |
| Texas Bar No. 15083020 | Mass. B.B.O. # 652896 |
| LAW OFFICE OF SUSAN B. NORMAN | DANIEL J. SHEA, P.C. |
| 9135 Katy Fwy., Suite 100 | 1928 West Bell Street |
| Houston, TX 77024 | Houston, TX 77019-4814 |
| (713) 465-3344 | (713) 942-7500 |
| (713) 468-6243 Telecopier | (713) 942-7507 Telecopier |

### CERTIFICATE OF SERVICE

This is to certify that the above and foregoing *Notice of Change of Citizenship* was served pursuant to FED. R. CIV. P. 5 on the 4TH day of October 2005 to the individuals and in the manner indicated below:

Mr. James M. O'Sullivan                                                         HAND DELIVERY
O'SULLIVAN & ASSOCIATES, P.C.
17 Accord Park Drive, Suite 104
Norwell, MA 02061-0000
ATTORNEY FOR SOUTHWEST
BOSTON SENIOR SERVICES, INC.

/s/ Daniel J. Shea/
DANIEL J. SHEA