```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PERRY LEE WHATLEY ) | |
| ) | |
| SOUTHWEST BOSTON SENIOR ) | |
| SERVICES, INC., ) | |
| a/k/a ETHOS, ) | CIVIL ACTION NO. 05-11881-PBS |
| Plaintiff, ) | |
| v. ) | |
| PERRY LEE WHATLEY ) | |
| and DAWN JOHNSON WHATLEY, ) | |
| Defendants. ) | |

## ORDER

October 3, 2005

Saris, U.S.D.J.

Plaintiff ETHOS has filed a petition pursuant to Mass. Gen. L. ch. 19A, §14, et seq. At the hearing on September 29, 2005,[1] the Court made certain oral orders, which are memorialized as follows:

1. By agreement of the parties, Mr. Whatley shall remain in the Commonwealth of Massachusetts until further order of the Court. Mr. Whatley, through counsel, shall keep the Court informed of his address;

2. All assets of Perry Lee Whatley are hereby frozen,

---

[1] Both sides agree this Court has subject matter jurisdiction. The Court may reexamine this issue if it is necessary to continue the hearing.

except those assets in the hands of Attorney Susan Norman, which may be used to meet the necessary living and reasonable attorney expenses of Mr. and Mrs. Whatley.  Records of expenditures shall be maintained in the event an accounting becomes necessary.

   3.   Mr. Whatley is not required to remain in the Beth Israel Hospital.  However, (a) the terms of the discharge plan as prepared by his attending physician at Beth Israel Hospital must be satisfied by any new placement; and (b) the placement must be within the judicial district of this Court; and (c) the Court and the parties are given twenty-four hours notice of the proposed location prior to his placement.

   4.   A status conference and continuation of this hearing shall be held on October 27, 2005.

   5.   If necessary, this matter may be advanced by any party for expedited hearing.


                              **S/PATTI B. SARIS**
                              United States District Judge