IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF )
PERRY LEE WHATLEY )
) NO. 05 CA 11881 PBS
)

**MOTION FOR EXPEDITED HEARING**

Southwest Boston Senior Services, Inc., asks this Honorable Court to schedule an expedited hearing on its motion to modify protective order. In support of this motion it states that Texas has appointed a temporary guardian for Perry Lee Whatley, who now has the authority to make placement and treatment decisions.

Respectfully submitted,
SOUTHWEST BOSTON SENIOR
SERVICES, INC.
By its attorney,

/s/ James M. O'Sullivan
James M. O'Sullivan
O'SULLIVAN & ASSOCIATES, P.C.
17 Accord Park Drive
Norwell, MA  02061
78-982-1700
fax 781-871-4844
jim.osullivanandassociates@comcast.net