## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

IN THE MATTER OF )
PERRY LEE WHATLEY )
) **NO. 05 CA 11881 PBS**
)

2005 OCT -3  A 10: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

### CERTIFICATE OF SERVICE

I, James M. O'Sullivan, do hereby certify under the pains and penalties of perjury that I served Daniel Shea, Esquire, on September 30. 2005, via first class mail, postage prepaid, to Daniel Shea, 1928 West Bell Street, Houston, TX 77019-4814, the following documents:

1. Motion to Modify of Protective Order
2. Order Appointing Temporary Guardianship, by Texas Probate Court
3. Certificate of Appointment of Temporary Guardian
4. Motion for Expedited Hearing

Respectfully submitted,

James M. O'Sullivan
BBO #380807
O'SULLIVAN & ASSOCIATES, PC
17 Accord Park Drive, Suite 104
Norwell, MA 02061
781-982-1700

September 30, 2005