# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE:* | § NO.05-CA-11881-PBS 4: 0 7 |
| | § |
| | § REMOVED FROM COURT |
| THE MATTER OF | § MASSACHUSETTS TRIAL |
| | § COURT DOCKET NO. 05-P-2003 |
| | § HARRIS COUNTY, TEXAS |
| PERRY LEE WHATLEY | § DOCKET NO. 355,095 |

## NOTICE OF IMPENDING HOSPITAL DISCHARGE

## AND REQUEST FOR EXPEDITED ADDITIONAL ORDERS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to this Court's Order of October 3, 2005, the Whatleys hereby provide the Cou r

and SWBSSI twenty-four hour notice that they have been informed by Beth Israel Deacone s

Hospital that PERRY LEE WHATLEY is ready for discharge to a care facility, La Salle House, 1 !

Seminary Avenue, Auburndale, MA 02466-2709.

The Whatleys also inform the Court that the Beth Israel Medicare and Nurse Case Manag :r

Kathleen M. Welch, has informed them, in the presence of undersigned counsel, that (a) Medica r

benefits for Beth Israel care for Mr. Whatley have terminated and (b) La Salle House now rejects M r

Whatley because they "don't want to get involved until the legal matters are settled."

WHEREFORE, PREMISES CONSIDERED, and pursuant to par. 5 of the Order of Octot e

3, 2005, the Whatleys request that the Court act in an expeditions manner and issue an Order t

Plaintiff SWBSSI, its Counsel, its Ad Litem, and all those acting in concert and scheme with the n

to cease and desist from interfering with the placement of or medical care of Mr. Whatley.

Signed under pains and penalties of perjury this 4th day of October, 2005.

*(signature page follows)*

-1-

Respectfully submitted,

Respectfully submitted,

PERRY LEE WHATLEY,

DAWN JOHNSON WHATLEY,

By: _____

By: _____

SUSAN B. NORMAN
Texas Bar No. 15083020
LAW OFFICE OF SUSAN B. NORMAN
9135 Katy Fwy., Suite 100
Houston, TX 77024
(713) 465-3344
(713) 468-6243 Telecopier

DANIEL J. SHEA
Mass. B.B.O. # 652896
DANIEL J. SHEA, P.C.
1928 West Bell Street
Houston, TX 77019-4814
(713) 942-7500
(713) 942-7507 Telecopier

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing *Notice of Impending Hospital Discharge a u Request for Expedited Additional Orders* was served pursuant to FED. R. CIV. P. 5 on the 4TH day o October 2005 to the individuals and in the manner indicated below:

Mr. James M. O'Sullivan
O'SULLIVAN & ASSOCIATES, P.C.
17 Accord Park Drive, Suite 104
Norwell, MA 02061-0000
ATTORNEY FOR SOUTHWEST
BOSTON SENIOR SERVICES, INC.

Facsimile

_____
DANIEL J. SHEA

-2-