UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Southwest Boston Senior Services, Inc.**
        Plaintiff,          CIVIL ACTION
                                  NO.  05-11881-PBS
    v.

**Perry Lee Whatley**
        Defendants.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                    October 5, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Emergency Motion to Vacate Orders, and Motion to Modify Protective Order on **October 5, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                  By the Court,

                                                                  /s/ Robert C. Alba
                                                                  Deputy Clerk

Copies to:  All Counsel