### DANIEL J. SHEA, P. C.
A PROFESSIONAL LEGAL CORPORATION
1928 WEST BELL STREET, HOUSTON, TX 77019-4814
(713) 942-7500    (713) 942-7507 FACSIMILE    DJS7500@AOL.COM

DANIEL JOSEPH SHEA
_____

ALSO ADMITTED IN
MASSACHUSETTS

October 4th 2005

Mr. James M. O' Sullivan                                     Facsimile: 781-871-4844
O' SULLIVAN & ASSOCIATES P.C.
17 Accord Park Drive, Suite 104
Norwell, Mass. 02061

    RE:    Case No. 05-CA-11881; *In Re: Perry Lee Whatley;* In the United States District Court for the District of Massachusetts

Dear Mr. O' Sullivan:

    I have been requested to serve you with notice under Fed. R. Civ. Proc. 11 that in 21 days, the safe harbor provision of the rule that insulates you from sanctions under this Rule will elapse. At that time, and unless previously withdrawn, sanctions under Rule 11 will be sought against you, your firm, and your client for filing on September 30th 2005, a pleading in U.S. District Court wherein you present and advocate that a Texas Court has appointed a Temporary Guardian over the person and the estate of Perry Lee Whatley knowing that the Order is VOID. This is the second time that you present arguments or file pleadings that stand in complete tension with *Bank One v. Montle*, 964 F.2d 48 (1st Cir. 1992), *Thomas v. Contoocook Valley School District and School Administrative Unit No. 1* 150 F.3d 31, (1st Circ,1998), *Hyde Park Partners v. Connolly*, 839 F.2d 837 (1st Cir. 1988), and *Sweeny v. RTC* 16 F.3d 1 (1st Cir. 1994)

    It appears that the law, or its restrictions, are of no moment to you and your Texas minions and that you will say anything, or cite anything, true or false, to perpetuate your designs on the Court. There is no full faith and credit to Temporary Orders, only final judgments. There is no such thing or a cause of action known as jurisdictional avoidance, and once a case is removed, all orders entered by the State Courts are void. Each case cited above is "good law" which you and the Texas lawyers have chosen to ignore. Thus, on October 25th 2005, said motion under Rule 11 will be filed unless you withdraw the frivolous pleadings that have cost our client financial hardship to defend. In addition, the State Bar of Massachusetts will be notified of your conduct that goes further than the pleadings you have filed, judicial admissions you have made in open Court, and the law that is clearly and without equivocation the law you seem to ignore. Please act in accordance with the rule and with your duties as an officer of the Court.

                Very truly yours,

                Daniel J. Shea
                By Peter J. Riga

cc:    Ms. Sue Norman