IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF<br>PERRY LEE WHATLEY | )<br>)<br>)   **NO. 05 CA 11881 PBS**<br>) |

**MOTION TO STRIKE NOTICE OF REMOVAL OR ALTERNATIVELY,
TO REMAND MATTER TO PROBATE COURT OF TEXAS**

Southwest Boston Senior Services, Inc., also known as ETHOS, asks this Honorable Court to strike the Amended Notice of Removal filed by Dawn Whatley, or, alternatively, remand this matter to the Probate Court of the State of Texas. In support of this motion it states that:

1. the federal removal statute, 28 USC §1441 (a) provides:

   any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending

2. the matter Dawn Whatley has attempted to remove is the guardianship proceeding pending in the Probate Court in Houston, Texas;

3. this District Court does not embrace the Probate Court in Houston, Texas;

4. Dawn Whatley's Amended Notice of Removal is filed for the improper purposes of causing unnecessary delay and increase the cost of litigation; and

5. the legal claims in the Amended Notice of Removal are frivolous.

Respectfully submitted,

October 4, 2005
DATE

James M. O'Sullivan
BBO #380807
O'Sullivan & Associates, P.C.
17 Accord Park Drive, Suite 104
Norwell, MA 02061-1629
781-982-1700