IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE PERRY LEE WHATLEY* )<br>)<br>*SOUTHWEST BOSTON SENIOR* )<br>*SERVICES, INC., a/k/a ETHOS* )<br>v. )<br>*PERRY LEE WHATLEY* )<br>*and DAWN JOHNSON WHATLEY* ) | CIVIL ACTION NO. 05-11881-PBS |

NOTICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order of October 3, 2005 (the "Order"), Beth Israel Deaconess Medical Center ("BIDMC") hereby provides notice that BIDMC intends to discharge Mr. Perry Lee Whatley on Saturday, October 8, 2005 and place him in the following healthcare facility:

Heathwood Nursing and Rehabilitation Center
188 Florence Street
Chestnut Hill, MA 02167

Consistent with the Order, Mr. Whatley's attending physician has determined that placement in this facility is clinically appropriate, in the patient's best interest, and will satisfy the requirements of Mr. Whatley's discharge plan.

Further, it is BIDMC's understanding that Mr. Jimmy Walker, the temporary guardian appointed by the Probate Court of Harris County, Texas, does not object to the placement of Mr. Whatley in the Heathwood facility.

Respectfully submitted by:

BETH ISRAEL DEACONESS MEDICAL CENTER

By: _____          Dated as of this 7th day of October, 2005.
David W. Lamb
BBO #651166
Assistant General Counsel
Office of General Counsel
109 Brookline Avenue, Suite 300
Boston, Massachusetts 02215
(617) 667-1894
(617) 667-1736 facsimile

## CERTIFICATE OF SERVICE

This is to certify that the above Notice was served on October 7, 2005 to the individuals and in the matter indicated below:

| | |
|---|---|
| Mr. Daniel J. Shea<br>Daniel J. Shea, P.C.<br>1928 West Bell Street<br>Houston, Texas 77019-4814<br>COUNSEL FOR DAWN JOHNSON WHATLEY | via facsimile (713) 942-7507 |
| Ms. Susan B. Norman<br>Law Office of Susan B. Norman<br>9135 Katy Freeway, Suite 100<br>Houston, Texas 77024<br>COUNSEL FOR PERRY LEE WHATLEY | via facsimile (713) 468-6243 |
| Mr. James M. O'Sullivan<br>O'Sullivan & Associates, P.C.<br>17 Accord Park Drive, Suite 104<br>Norwell, Massachusetts<br>COUNSEL FOR SOUTHWEST BOSTON<br>SENIOR SERVICES, INC. | via facsimile (781) 871-4844 |
| Mr. Jimmy Walker<br>Dinkins Kelly Lenox Lamb & Walker, L.L.P.<br>815 Walker, Suite 240<br>Houston, Texas 77002<br>TEMPORARY GUARDIAN OF PERRY LEE WHATLEY | via facsimile (713) 759-9549 |

David W. Lamb