UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Southwest Boston Senior Services, Inc.
        Plaintiff,                                      CIVIL ACTION
                                                                   NO.   05-11881-PBS
        v.

Perry Lee Whatley, et al
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                October 14, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Modify Order of October 11, 2005, and Motion for Preliminary Injunction Pending a Trial on the Merits with a Tentative Motion for Stay Pending Appeal on **Tuesday, October 18, 2005**, at **2:15 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                 By the Court,

                                                                                 _/s/ Robert C. Alba_
                                                                                 Deputy Clerk

Copies to:  All Counsel