# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF        )
PERRY LEE WHATLEY       )
                        )     **NO. 05 CA 11881 PBS**
                        )

## RENEWED MOTION TO MODIFY PROTECTIVE ORDER

Southwest Boston Senior Services, Inc., renews its motion asking this Honorable Court to modify the current protective order(s) issued in this case by allowing Perry Lee Whatley's temporary guardian to assume custody and control of Mr. Whatley, take him back to Texas, and then to dismiss all actions. In support of this motion it states that:

1. Texas has appointed a temporary guardian for Perry Lee Whatley, who now has the authority to make placement and treatment decisions;
2. Without conceding the invalidity of said appointment, the Texas Probate Court has affirmed the appointment of September 29, 2005 and ratified all actions of the temporary guardian;[1]
3. The Texas Probate Court has scheduled a pretrial conference, and set a trial date for the permanent guardianship;[2]
4. Mr. Whatley's attorney will need Mr. Whatley's assistance in the preparation for trial;
5. Mr. Whatley's Medicare coverage ends on October 17, 2005, and all further billings by his nursing home placement will be on a private pay basis;[3]
6. this Court must give full faith and credit to the Texas order attached, Texas has jurisdiction; and
7. it is Mr. Whatley's best interest that all further legal proceedings take place in his home state.

---

[1] See Texas order, filed simultaneously today
[2] See docket control order, filed simultaneously today
[3] See medicare notice attached

Respectfully submitted,
SOUTHWEST BOSTON SENIOR
SERVICES, INC.
By its attorney,


/s/ James M. O'Sullivan
James M. O'Sullivan
O'SULLIVAN & ASSOCIATES, P.C.
17 Accord Park Drive
Norwell, MA  02061
78-982-1700
fax 781-871-4844
jim.osullivanandassociates@comcast.net

- Call your QIO at MassPRO, Phone (800)-252-5533 to appeal, or if you have questions.

## OTHER APPEAL RIGHTS

- If you miss the deadline for filing an immediate appeal, you may still be able to file an appeal with a QIO, but the QIO will take more time to make its decision.
- Contact 1-800-MEDICARE (1-800-633-4227), or TTY/TDD: 1-877-486-2048 for more information about the appeals process.

## ADDITIONAL INFORMATION (OPTIONAL)

I, __DENISE RILEY OKUN__ contacted __Jimmy WALKER__ on __10/13/05__ at __11:30 a.m.__
(Facility Representative)      (Beneficiary Representative)      (Date)   (Time)

phone number: __713 259 7030__ for __PERRY WHATLEY__
(Name Of Medicare Recipient/Beneficiary)

I explained that the last covered day will be __10/17/05__. I explained that if s/he disagrees with this notice, s/he can appeal this decision. I told her that MassPRO is the review organization that handles these appeals and MassPRO's toll free number is 800-252-5533. I explained that in order to request a fast appeal, MassPRO must be called before noon on __10/16/05__.

Signed __Denise Riley Okun__
                          Facility Representative

This conversation was witnessed and signed by: __Chris MacGillvery__
                                               Print Name/Signature
                    CHRIS MACGILLVERY

Please sign below to indicate that you have received this notice.

I have been notified that coverage of my services will end on the effective date indicated on this notice and that I may appeal this decision by contacting my QIO.

_____     Date _____
Signature of Patient or Authorized Representative

Exp. Date 06/30/2008

Form No. CMS - 10123
According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0953. The time required to prepare and distribute this collection is 5 minutes per notice, including the time to select the preprinted form, complete it and deliver it to the enrollee. If you have comments concerning the accuracy of the time estimates for suggestions for improving this form, please write to: CMS, PRA Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

NO. 355,693

THE ESTATE OF:     §     PROBATE COURT NO. 2

Percy Lee Whatley

In Re Contested Guardianship

'S.     §     **COPY**

OF

§

§     HARRIS COUNTY, TEXAS

## DOCKET CONTROL ORDER

The following docket control order shall apply to this case unless modified by the Court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

1. November 2  **JOINDER.** All parties must be added and served, whether by amendment or third party practice, by this date. THE PARTY CAUSING THE JOINDER SHALL PROVIDE A COPY OF THIS SCHEDULING ORDER AT THE TIME OF SERVICE.

2. **EXPERT WITNESS DESIGNATION.** Expert witness designations are required and must be served by the following dates. The designation must include the information listed in Rule 194.2(f). Failure to timely respond will be governed by Rule 193.6:
   (a) November 4  Experts for parties seeking affirmative relief.
   (b) November 5  All other experts.

3. **DISCOVERY LIMITATIONS.** The discovery limitations of Rule 190.2, if applicable, or otherwise of Rule 190.2 apply unless changed below:
   (a) _____ Total hours per side for oral depositions.
   (b) _____ Number of interrogatories that may be served by each party on any other party.

3. **ALTERNATIVE DISPUTE RESOLUTION.**
   (a) _____ By this date the parties must either (1) file an agreement for ADR stating the form of ADR requested and the name of an agreed mediator, if applicable; or (2) set an objection to ADR. If no agreement or objection is filed, the court may sign an ADR order.
   (b) _____ ADR conducted pursuant to the agreement of the parties must be completed by this date.

5. November 11  **DISCOVERY PERIOD ENDS.** All discovery must be completed before the end of the discovery period. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by agreement. Incomplete discovery will not delay the trial.

6. **DISPOSITIVE MOTIONS AND PLEAS.** Must be heard as follows.
   (a) December 1  Dispositive motions or pleas subject to an interlocutory appeal must be heard by this date.
   (b) December 1  Summary judgement motions not subject to an interlocutory appeal must be heard by this date.
   (c) November 11  Rule 166a(i) motions may not be filed before this date.

7. December 1  **CHALLENGES TO EXPERT TESTIMONY.** All motions to exclude expert testimony and evidentiary challenges to expert testimony must be filed by this date, unless extended by leave of court.

8. December 1  **PLEADINGS.** All amendments and supplements must be filed by this date. This order does not preclude prompt filing of pleadings directly responsive to any timely filed pleadings.

9. 12-1-05 @ 9 a.m. **PRE-TRIAL CONFERENCE.** Parties shall be prepared to discuss all aspects of trial with the Court at this time. Failure to appear will be grounds for dismissal for want of prosecution.

10. 12-12-05 @ 9 a.m. **TRIAL.**

SIGNED this the 13 day of October, 2005.

_____
MIKE WOOD
Presiding Judge, Probate Court No. 2