IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF            )
PERRY LEE WHATLEY           )
                            )   NO. 05 CA 11881 PBS
                            )
                            )

**VERIFIED STATEMENT OF KEVIN MCCARTHY,
PROTECTIVE SERVICE WORKER**

1.) Southwest Boston Senior Services, Inc., also known as "Ethos", located at 555 Amory Street in Jamaica Plain, Massachusetts is an Elder Protective Services Agency designated by the department of Elder Affairs and operates under the criteria and procedures designated by relevant statutes and 651 C.M.R. 5.00 *et seq.* Ethos is legally responsible for, among other things, investigating and responding to reported cases of elder abuse, neglect, and financial exploitation and for developing service plans for preventing, eliminating, or remedying elder abuse.

2.) My name is Kevin McCarthy and I am presently employed full-time by Ethos as an Elder Protective Service Worker (PSW). I am over eighteen (18) years of age, have never been convicted of a crime, and am competent to make this affidavit.

3.) I am the protective services worker assigned to investigate the report of elder abuse regarding Perry Lee Whatley.

4.) On September 15th, 2005, I had a conversation with Dawn Whatley, wife of Perry Lee Whatley. This conversation took place outside the room of Mr. Whatley at Beth Israel Hospital. Mrs. Whatley stated to me that she had cashed in an annuity worth approximately $500,000, and had taken a penalty of approximately $125,000 at the time. Mrs. Whatley received approximately $375,000, which she stated was in a trust in the care of Mr. Whatley's lawyer.

5.) On September 15th, 2005, I met with Mr. Whatley's attending physician at Beth Israel, Dr. Parpos. Dr. Parpos stated that Mr. Whatley is diabetic,

and supposedly a "brittle diabetic," though Dr. Parpos had yet to see any evidence of this. Mr. Whatley's blood sugar had remained for the most part within acceptable limits during his stay at Beth Israel. Dr. Parpos stated that other patients had on occasion been admitted to Beth Israel as a "back door" way to gain admission to the Joslin Clinic to undergo intensive diabetic management and training. Admittance to the Joslin Clinic has not been advised or proposed for Mr. Whatley. From a medical standpoint, Dr. Parpos stated that Mr. Whatley could have been discharged on September 14th. Dr. Parpos further stated that Mr. Whatley is safe to travel.

6.) The foregoing is true to the best of my knowledge and belief.

Signed under the penalties of perjury on September 21, 2005.

Kevin McCarthy