IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF           )
PERRY LEE WHATLEY          )
                           )    NO. 05 CA 11881 PBS
                           )

**VERIFIED STATEMENT OF KEVIN MCCARTHY,
PROTECTIVE SERVICE WORKER**

1.) Southwest Boston Senior Services, Inc., also known as "Ethos", located at 555 Amory Street in Jamaica Plain, Massachusetts is an Elder Protective Services Agency designated by the department of Elder Affairs and operates under the criteria and procedures designated by relevant statutes and 651C.M.R. 5.00 *et seq*. Ethos is legally responsible for, among other things, investigating and responding to reported cases of elder abuse, neglect, and financial exploitation and for developing service plans for preventing, eliminating, or remedying elder abuse.

2.) My name is Kevin McCarthy and I am presently employed full-time by Ethos as an Elder Protective Service Worker (PSW). I am over eighteen (18) years of age, have never been convicted of a crime, and am competent to make this affidavit.

3.) I am the protective services worker assigned to investigate the report of elder abuse regarding Perry Lee Whatley.

4.) On September 15th, 2005, I had a conversation with Dawn Whatley, wife of Perry Lee Whatley. This conversation took place outside the room of Mr. Whatley at Beth Israel Hospital. Mrs. Whatley stated to me that she had cashed in an annuity worth approximately $500,000, and had taken a penalty of approximately $125,000 at the time. Mrs. Whatley received approximately $375,000, which she stated was in a trust in the care of Mr. Whatley's lawyer.

5.) On September 15th, 2005, I met with Mr. Whatley's attending physician at Beth Israel, Dr. Parpos. Dr. Parpos stated that Mr. Whatley is diabetic,