- Call your QIO at MassPRO, Phone (800)-252-5533 to appeal, or if you have questions.

## OTHER APPEAL RIGHTS

- If you miss the deadline for filing an immediate appeal, you may still be able to file an appeal with a QIO, but the QIO will take more time to make its decision.
- Contact 1-800-MEDICARE (1-800-633-4227), or TTY/TDD: 1-877-486-2048 for more information about the appeals process.

---

## ADDITIONAL INFORMATION (OPTIONAL)

I, __DENISE RILEY OKUN__ contacted __Jimmy WALKER__ on __10/13/05__ at __11:30 a.m.__
(Facility Representative)          (Beneficiary Representative)          (Date)      (Time)

phone number: __713 259 7030__ for __PERRY WHATLEY__
                                      (Name Of Medicare Recipient/Beneficiary)

I explained that the last covered day will be __10/17/05__. I explained that if s/he disagrees with this notice, s/he can appeal this decision. I told her that MassPRO is the review organization that handles these appeals and MassPRO's toll free number is __800-252-5533__. I explained that in order to request a fast appeal, MassPRO must be called before noon on __10/16/05__.

Signed __Denise Riley Okun__
              Facility Representative

This conversation was witnessed and signed by: __Chris MacGillvery__
                                                  Print Name/Signature
                                                  CHRIS MacGILLVERY

---

Please sign below to indicate that you have received this notice.

I have been notified that coverage of my services will end on the effective date indicated on this notice and that I may appeal this decision by contacting my QIO.

_____    Date _____
Signature of Patient or Authorized Representative

Exp. Date 06/30/2008
Form No. CMS - 10123
According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0953. The time required to prepare and distribute this collection is 5 minutes per notice, including the time to select the preprinted form, complete it and deliver it to the enrollee. If you have comments concerning the accuracy of the time estimates or suggestions for improving this form, please write to: CMS, PRA Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.