NO. 355,295

THE ESTATE OF: § PROBATE COURT NO. 2
Percy Lee Whatley §
In Re Contested Guardianship § **COPY**
§ OF
§
'S. §
§ HARRIS COUNTY, TEXAS

## DOCKET CONTROL ORDER

The following docket control order shall apply to this case unless modified by the Court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

1. November 2 **JOINDER.** All parties must be added and served, whether by amendment or third party practice, by this date. THE PARTY CAUSING THE JOINDER SHALL PROVIDE A COPY OF THIS SCHEDULING ORDER AT THE TIME OF SERVICE.

2. **EXPERT WITNESS DESIGNATION.** Expert witness designations are required and must be served by the following dates. The designation must include the information listed in Rule 194.2(f). Failure to timely respond will be governed by Rule 193.6:
   (a) November 4 Experts for parties seeking affirmative relief.
   (b) November 5 All other experts.

3. **DISCOVERY LIMITATIONS.** The discovery limitations of Rule 190.2, if applicable, or otherwise of Rule 190.2 apply unless changed below:
   (a) _____ Total hours per side for oral depositions.
   (b) _____ Number of interrogatories that may be served by each party on any other party.

3. **ALTERNATIVE DISPUTE RESOLUTION.**
   (a) _____ By this date the parties must either (1) file an agreement for ADR stating the form of ADR requested and the name of an agreed mediator, if applicable; or (2) set an objection to ADR. If no agreement or objection is filed, the court may sign an ADR order.
   (b) _____ ADR conducted pursuant to the agreement of the parties must be completed by this date.

5. November 11 **DISCOVERY PERIOD ENDS.** All discovery must be completed before the end of the discovery period. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by agreement. Incomplete discovery will not delay the trial.

6. **DISPOSITIVE MOTIONS AND PLEAS.** Must be heard as follows.
   (a) December 1 Dispositive motions or pleas subject to an interlocutory appeal must be heard by this date.
   (b) December 1 Summary judgement motions not subject to an interlocutory appeal must be heard by this date.
   (c) November 11 Rule 166a(i) motions may not be filed before this date.

7. December 1 **CHALLENGES TO EXPERT TESTIMONY.** All motions to exclude expert testimony and evidentiary challenges to expert testimony must be filed by this date, unless extended by leave of court.

8. December 1 **PLEADINGS.** All amendments and supplements must be filed by this date. This order does not preclude prompt filing of pleadings directly responsive to any timely filed pleadings.

9. 12-1-05 @ 9 a.m. **PRE-TRIAL CONFERENCE.** Parties shall be prepared to discuss all aspects of trial with the Court at this time. Failure to appear will be grounds for dismissal for want of prosecution.

10. 12-12-05 @ 9 a.m. **TRIAL.**

SIGNED this the 13 day of October, 2005.

_____
MIKE WOOD
Presiding Judge, Probate Court No. 2