286787    PROBATE COURT 2

NO. 355,095

| | | |
|---|---|---|
| IN RE: GUARDIANSHIP OF | § | IN PROBATE COURT NO. 2 |
| THE PERSON AND ESTATE OF | § § § | OF |
| PERRY LEE WHATLEY, | § § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

**ORDER AFFIRMING APPOINTMENT OF TEMPORARY GUARDIAN OF THE PERSON AND ESTATE PENDING CONTEST PURSUANT TO SECTION 875K OF THE TEXAS PROBATE CODE**

Pending before this Court is Robert Daniel Whatley's and Jeanie Anderson's ("Applicants") Motion to Affirm Order Appointing Temporary Guardian of the Person and Estate Pending Contest, and the Court finding that an Application for the appointment of guardian for Perry Lee Whatley ("Proposed Ward") is pending in this matter and a contest to this Application has been filed and is also pending, and after reviewing the pleadings, the evidence and arguments presented at the various hearings to date, the Court hereby affirms its Order Appointing Temporary Guardian of the Person and Estate Pending Contest dated September 29, 2005, and hereby ratifies and affirms all actions taken by the Temporary Guardian pursuant to his Order of appointment; and makes the following findings: (i) a contest to the Application for the Appointment of a Guardian of the Person and Estate of Perry Lee Whatley has been filed, (ii) the appointment of a temporary guardian is necessary to protect the Proposed Ward and his estate, (iii) there is imminent danger that the physical health and safety of the Proposed Ward will be seriously impaired, and/or that the Proposed Ward's estate will be seriously damaged or dissipated unless a temporary guardian of the Proposed Ward's person and estate is appointed, (iv) this Court has jurisdiction and venue over the parties, the