5. To obtain any and all medical records of the Proposed Ward, including any records of medical care or treatment protected under HIPAA Regulations, and any Health Care Organization or Physician presented with a copy of this Order shall provide the Temporary Guardian access to the Proposed Ward's Protected Health Information, including, but not limited to, medical records, psychological records and intellectual testing records that are dated within the last twelve (12) months from the date of this Order and up to and including Protected Health Information to the date this Order is presented;

6. To intervene and substitute in as a party to in any lawsuit concerning the Proposed Ward and/or the assets of his Estate, and to take such action as the facts of the case warrant;

7. To collect and protect all real and personal property of the Proposed Ward's Estate;

8. To contract and incur obligations on behalf of the Proposed Ward;

9. To employ accountants, appraisers, attorneys and other persons necessary in the administration of the Estate and in the preparation and filing of any tax returns required to be filed by the Estate and to file and sign such tax returns and, if necessary, apply for an extension of time to file same;

10. To make investigations reasonably necessary to determine the nature and extent of the Proposed Ward's property and claims;

11. To pursue and collect claims on behalf of the Proposed Ward, including initiating legal actions or suits in order to collect any such claims;

12. To receive any monies, payments, rents, dividends, interest, trust proceeds, and any and all other types of income payable to or receivable by the Proposed Ward;

13. To pay all bills, including insurance premiums, and make any and all reasonable and necessary expenditures from the guardianship Estate, for the benefit of the Proposed Ward;

14. To take possession and control of Proposed Ward's assets, both real and personal, including any and all books, records, personal identification instruments, account statements, documents, and instruments necessary for preparation and filing of income tax returns for the Proposed Ward;