15. To take possession of all cash on hand or on deposit belonging to the Proposed Ward or any business of the Proposed Ward, and to open new accounts and to be the authorized signatory on such accounts;

16. To take possession, charge and control of any and all financial resources of the Proposed Ward, including, but not limited to any bank accounts, brokerage accounts and annuities;

17. To have access to any safe deposit box maintained by the Proposed Ward and to take possession of the contents of any safe deposit box;

18. To revoke any Durable Power of Attorney or Power of Attorney executed by the Proposed Ward, or any act taken by the holder of any Power of Attorney executed by the Proposed Ward;

19. To investigate the validity of any action allegedly taken by the Proposed Ward and take such action as is necessary to set aside the acts of the Proposed Ward at any time he may have lacked the legal capacity to do such acts; and

20. To do such other and further acts concerning the property and interests of the Proposed Ward and his Estate as the Court may from time to time direct; it is further

ORDERED that the Temporary Guardian and the Attorney Ad Litem, Ray Black, Jr. shall travel to the location of the Proposed Ward's current whereabouts, and shall take possession of the Proposed Ward and relocate him to Harris County, Texas; it is further,

ORDERED that the term of the Temporary Guardian of the Person and Estate Pending Contest shall expire at the conclusion of the hearing challenging or contesting the application or on the date the Court appoints a permanent guardian for Proposed Ward; it is further,

4