ORDERED that any person or entity interfering with the relocation of the

Proposed Ward to Harris County, Texas, or any other action by the Temporary Guardian,

shall be subject to contempt proceedings.

SIGNED this **13** day of _____OCTOBER_____, 2005.

_____
PRESIDING JUDGE



FILED
2005 OCT 13 AM 9:50
COUNTY CLERK
HARRIS COUNTY, TEXAS

5