AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

Southwest Boston
Senior Services, Inc.
v.
Perry Lee Whatley, et al

**EXHIBIT** ~~████~~ **LIST**

Case Number: 05-CV-11881-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Jim O'Sullivan | Dan Shea |
| TRIAL DATE(S) 10-18-05 | COURT REPORTER Lee Marzilli ~~Marie Cloonan~~ | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ~~1~~ | 1 | 10/18/05 | | ✓ | Texas Docket Sheet |
| ~~2~~ | 2 | " | | ✓ | Case Citation |
| ~~3~~ | 3 | " | | ✓ | Transcript of 9-29-05 Hearing |
| ~~4~~ | 4 | " | | ✓ | Declaration of Dawn Johnson Whatley |
| ~~5~~ | 5 | " | | ✓ | E-mail from J. O'Sullivan to M. Easton |
| ~~6~~ | 6 | " | | ✓ | Change of Citizenship |
| ~~7~~ | 7 | " | | ✓ | Transcript of 9-27-05 Hearing |
| ~~8~~ | 8 | " | | ✓ | Transcript Docket No. 05-P-2003 |
| ~~9~~ | 9 | " | | ✓ | Boston Globe Article |
| 1 | | " | | ✓ | Whatley Treatment Document by Fadi Badhssi, MD |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages