**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| *IN RE:* | § | **NO. 05-CA-11881-PBS** |
| | § | |
| | § | |
| THE MATTER OF | § | |
| | § | |
| | § | |
| PERRY LEE WHATLEY | § | |

**NOTICE OF INTENT TO TRANSFER MR. WHATLEY**

**TO NEW ENGLAND BAPTIST HOSPITAL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT**:

Pursuant to this Court's Orders of October 3, 2005, and October 18, 2005, the Whatleys hereby provide the Court and SWBSSI notice that they intend to transfer PERRY LEE WHATLEY to New England Baptist Hospital in Boston for evaluation of the operability of the subcapital fracture of Mr. Whatley's left femur that results in a rotational defect of his left leg and resulting complications.

Respectfully submitted,                                     Respectfully submitted,

PERRY LEE WHATLEY,                                     DAWN JOHNSON WHATLEY,


By:/s/ Susan C. Norman (ECF)                         By:/s/ Daniel J. Shea (ECF)
   SUSAN B. NORMAN                                 DANIEL J. SHEA
   Texas Bar No. 15083020                          Mass. B.B.O. # 652896
   LAW OFFICE OF SUSAN B. NORMAN        DANIEL J. SHEA, P.C.
   9135 Katy Fwy., Suite 100                       1928 West Bell Street
   Houston, TX 77024                                 Houston, TX 77019-4814
   (713) 465-3344                                       (713) 942-7500
   (713) 468-6243 Telecopier                      (713) 942-7507 Telecopier

CERTIFICATE OF SERVICE

      This is to certify that the above and foregoing *Notice of Impending Transfer of Mr. Whatley to New England Baptist Hospital* was served pursuant to FED. R. CIV. P. 5 and local ECF Rules on the 20th day of October 2005 to the individuals and in the manner indicated below:

> Mr. James M. O'Sullivan                ECF
> O'SULLIVAN & ASSOCIATES, P.C.
> 17 Accord Park Drive, Suite 104
> Norwell, MA 02061-0000
> ATTORNEY FOR SOUTHWEST
> BOSTON SENIOR SERVICES, INC.

                                          ____/s/ Daniel J. Shea____
                                          DANIEL J. SHEA