IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| PERRY LEE WHATLEY ) | |
| ) | **NO. 05 CA 11881 PBS** |
| ) | |

**MOTION FOR AN ORDER REQUIRING
ADDITIONAL INFORMATION TO BE PROVIDED
PRIOR TO ORTHOPEDIC EVALUATION**

     Southwest Boston Senior Services, Inc., also known as ETHOS, asks this Honorable Court to order Attorney Norman to provide more information in its notice of intent to place Perry Lee Whatley at the New England Baptist Hospital, for the purpose of an orthopedic evaluation, including, but not limited to:

1. Which physician has referred Mr. Whatley to New England Baptist for the testing?
2. Which physician will conduct the evaluations and tests?
3. What types of tests will be conducted?
4. How long will Mr. Whatley be at the New England Baptist Hospital?
5. How will Mr. Whatley be transported to the hospital, and how will he be returned to the Heathwood Nursing and Rehabilitation Center after testing is completed?
6. What assurances will be in place to make sure he is given his medications while he is away from the Heathwood Nursing and Rehabilitation Center?
7. Has this testing been approved by Mr. Whatley's insurance carrier or will Mr. Whatley be required to pay for this testing privately?
8. If he must pay privately, what is the anticipated cost of the testing and the hospital stay?
9. Has New England Baptist Hospital, and/or a physician with admitting privileges at New England Baptist Hospital, accepted Mr. Whatley for such testing to be conducted at New England Baptist Hospital?
10. Has it been determined by a physician that this testing must be conducted at New England Baptist Hospital, or can it be conducted at

    a less expensive facility, and can it be conducted on an outpatient basis?
11. What steps have been taken to make sure that all of Mr. Whatley's medical records, including the results of similar testing conducted in the past, will be available to the medical team that is proposed to conduct this new testing?

In support of this motion, Petitioner states that all of these questions should be answered prior to any proposed testing.

                                      Respectfully submitted,

October 24, 2005                      /s/ James M. O'Sullivan
   DATE                              James M. O'Sullivan
                                        BBO #380807
                                        O'Sullivan & Associates, P.C.
                                        17 Accord Park Drive, Suite 104
                                        Norwell, MA 02061-1629
                                        781-982-1700