IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | 2005 OCT 18 P 3: 19 |
| THE MATTER OF | § | NO. 05-CA-11881-PBS |
| | § | U.S. DISTRICT |
| PERRY LEE WHATLEY | § | DISTRICT OF MASS. |

FILED
CLERKS OFFICE

## DECLARATION OF DANIEL J. SHEA ON

## MOTION TO ADMIT SUSAN C. NORMAN, *PRO HAC VICE*

DANIEL J. SHEA, hereby declares as follows:

1. I am an attorney admitted to practice in the District of Massachusetts. I submit this declaration in support of and move that the Court admit SUSAN C. NORMAN to the District of Massachusetts *pro hac vice* for purposes of this action.

2. I agree to act as local counsel for Susan C. Norman and to observe the rules of this Court governing the conduct of attorneys.

3. Susan C. Norman is a member in good standing of the State Bar of Texas. An original "Certificate of Good Standing" issued by the State Bar of Texas, Office of Disciplinary Counsel dated October 13, 2005 is attached hereto as Exhibit "A" and incorporated herein by reference as if set forth verbatim.

4. Susan C. Norman is, in the State of Texas, the chosen counsel of Perry Lee Whatley, the Respondent and Counter-Claimant herein. Mr. Whatley desires that she represent him in this action. For this reason, it is respectfully requested that Susan C. Norman be admitted pro hac vice to the United States District Court for the District of Massachusetts for the purposes of this action.

-1-

I hereby declare under pain and penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: _____
DANIEL J. SHEA
Mass. B.B.O. # 652896
DANIEL J. SHEA, P.C.
1928 West Bell Street
Houston, TX 77019-4814
(713) 942-7500
(713) 942-7507 Telecopier

ATTORNEY FOR DAWN J. WHATLEY

CERTIFICATE OF SERVICE

This is to certify that the above and foregoing *Declaration of Daniel J. Shea on Motion for Admission of Susan C. Norman, Pro Hac Vice* was served pursuant to FED. R. CIV. P. 5 on the 18th day of October 2005 to the individuals and in the manner indicated below:

| | |
|---|---|
| Mr. James M. O'Sullivan<br>O'SULLIVAN & ASSOCIATES, P.C.<br>17 Accord Park Drive, Suite 104<br>Norwell, MA 02061-0000<br>ATTORNEY FOR SOUTHWEST<br>BOSTON SENIOR SERVICES, INC. | Hand Delivery in Court |

_____
DANIEL J. SHEA

-2-

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

October 13, 2005

RE:   **Ms. Susan Cecilia Norman**
      State Bar Number - **15083020**

To Whom it May Concern:

This is to certify that Ms. Susan Cecilia Norman was licensed to practice law in Texas on November 02, 1990 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/as





EXHIBIT NO. "A"

P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-463-1463 or 1-800-204-2222